UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

        Plaintiff,   Criminal No. 04-202 (2) (RHK)

vs.   **ORDER**

Thomas Bradford Gobats,

        Defendant.

---

Defendant has filed a Motion pursuant to 18 U.S.C. § 3582, requesting that he be discharged immediately from prison due to his "extraordinary and compelling" medical condition. Only the Bureau of Prisons may bring a motion for the relief requested. See 18 U.S.C. § 3582. The Court has been advised that the Bureau of Prisons will not be filing such a motion. Accordingly, Defendant's Motion to Modify Sentence (Doc. No. 22) is **DENIED**.

Dated: August 22, 2005

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge